UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| ANTONIO POE, | ) | |
| | ) | |
| Plaintiff, | ) | 3:05-cv-00012-PMP -VPC |
| | ) | |
| v. | ) | |
| | ) | |
| DR. D'AMICO, et al., | ) | <u>O R D E R</u> |
| | ) | |
| Defendants. | ) | |

Before the Court is the Report and Recommendation (#34) of the Honorable Valerie P. Cooke, United States Magistrate Judge, filed June 16, 2006.  No Objections to the Magistrate Judge's Report and Recommendation were filed in accordance with Local Rule IB 3-2 of the Rules of Practice of the United States District Court for the District of Nevada.

The Court has conducted a <u>de novo</u> review of the record in this case in accordance with 28 U.S.C. § 636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and Recommendation of Magistrate Judge Cooke should be affirmed.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#34) filed June 16, 2006, is affirmed, and Defendants' Motion for Summary Judgment (#18) is granted.

DATED:  July 11, 2006

_____
PHILIP M. PRO
Chief United States District Judge